LAW OFFICES OF
## FREDERICK L. SOSINSKY
45 BROADWAY, 30TH FLOOR
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 509-8403
EMAIL: FredS@newyork-criminaldefense.com

December 31, 2013

BY FAX (212) 805-7941
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  United States v. David B. Tucker
            12 Crim. 0488 (LAP)

Dear Judge Preska:

    As you are aware, I represent David Tucker, the defendant in the above matter. I am writing to respectfully request *on behalf of Mr. Tucker and the Government jointly* that the status conference in the above matter presently scheduled for January 8, 2014 be adjourned for a period of approximately 30 days. I make this request so as to allow us this additional time to finalize a plea agreement with the Government. I was advised yesterday that the Government should have approval for such an agreement shortly and it is expected that with this additional time, we may be able to use the next conference date as that upon which a guilty plea may be entered.

    As noted, AUSA Micah Smith joins in this request.

    Thank you for your consideration.

                              Respectfully yours,

                              Frederick L. Sosinsky

FLS: bms

cc: AUSA Micah Smith (by electronic mail)

*[Handwritten note:]* The conference is adjourned to February 19, 2014 at 10:00 a.m.
January 2, 2014
Loretta A. Preska